UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Erin Nicole Tovar<br><br>Defendant(s) | CRIMINAL NO. 08CR0151-IEG<br>07mj2941<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06764298 |

On order of the United States District/Magistrate Judge,

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody:   (Bond Posted / <u>Case Disposed</u> / Order of Court).

Daniel Ramirez-Serrano

DATED:   1-17-08

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
              DUSM

OR

W. SAMUEL HAMRICK, JR.  Clerk
by _____
          Deputy Clerk