UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

2008 JAN 17 P 11: 24

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>vs.<br><br>Erin Nicole Tovar<br><br>Defendant(s) | 08cr0151-IEG<br><br>CRIMINAL NO. 07mj2941<br><br>ORDER<br><br>RELEASING MATERIAL WITNESS<br><br>Booking No. 06764298 |

On order of the United States District/Magistrate Judge, **William McCurine, Jr.**

IT IS HEREBY ORDERED that the following named person heretofore committed to the custody of the United States Marshal as a material witness be released from custody: (Bond Posted / <u>Case Disposed</u> / Order of Court).

Jose Aranda-Bahena

DATED: 1-17-08

**William McCurine, Jr.**

UNITED STATES DISTRICT/MAGISTRATE JUDGE

RECEIVED _____
DUSM

OR

W. SAMUEL HAMRICK, JR. Clerk

by _____
Deputy Clerk